| | | | |
|---|---|---|---|
| Case No. | SACV 18-00869-AG (KSx) | Date | February 22, 2019 |
| Title | Larry Singer v. Metro Pointe Retail Associates II et al | | |

Present: The Honorable ANDREW J. GUILFORD, UNITED STATES DISTRICT JUDGE

| Melissa Kunig | None Reported | _____ |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

None Present    None Present

**PROCEEDINGS:** **(IN CHAMBERS) ORDER DISMISSING ACTION ON STIPULATION TO DISMISS CASE**

The Court, having been advised by the Plaintiff that this action has been resolved by a Joint Stipulation to Dismiss Case [30], hereby orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

- : -

Initials of Deputy Clerk   mku